

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Abdias St. Fort

**Plaintiff,**

**V.**

see attached

**Defendant.**

**Civil Action No.**   26-cv-00519-LL-SBC

**JUDGMENT IN A CIVIL CASE**

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants  in part Petitioner's Amended Petition for Writ of Habeas Corpus. The Court further order Respondents to immediately release Petitioner from custody subject to the conditions of his preexisting release. The Court orders prior to any revocation of Petitioner's parole or re-detention of Petitioner, that Petitioner is entitled to notice of the reasons for the revocation or his redetention and a hearing before a neutral decision maker to determine whether detention is warranted. The Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight.

**Date:**        3/17/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  26-cv-00519-LL-SBC

Christopher LaRose, Senior Warden, Otay Mesa Detention Facility; Patrick Divver, Regional Director Enforcement and Removal Operations, San Diego Field Office, U.S. Immigration and Customs Enforcement; Todd M. Lyons, Acting Director of U.S. Immigration, Customs Enforcement; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pamela Jo Bondi; Jesus Rocha